■ CITY OF NIAGARA FALLS, Respondent, v ROYAL INDEMNITY COMPANY et al., Respondents, and AMERICAN PROTECTION INSURANCE COMPANY, Appellant.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Forma, J. (Appeal from order of Supreme Court, Niagara County, Forma, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CLAUDE MITCHELL, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: Although we find that defendant validly waived his right to appeal as part of his plea bargain, defendant's right to challenge the legality of his sentence has not been waived *(see, People v Seaberg,* 74 NY2d 1, 9; *People v Francabandera,* 33 NY2d 429, 434, n 2). We find, nevertheless, that the sentences imposed on these charges were properly made to run consecutively to the unexpired terms on defendant's out-of-State convictions *(see,* Penal Law § 70.25 [4]). (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—manslaughter, first degree.) Present —Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CLAUDE MITCHELL, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *People v Mitchell* ([appeal No. 1] 166 AD2d 892 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—robbery, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT N. CALHOUN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Clary, J.—sodomy, first degree.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.